JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDRES GOMEZ, | ) | Case No. CV 16-06536-RGK (MRWx) |
| Plaintiff(s) | ) | |
| vs. | ) | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| CALOIL 1, INC; and DOES 1 through 10 | ) | |

On November 29, 2016, the Court issued an Order to Show Cause Why Case Should Not be Dismissed for Lack of Prosecution [9], requiring a written response by December 5, 2016, or the filing of timely proofs of service of the summons and complaint on all defendants (the last day to timely serve was November 28, 2016). Plaintiff filed a response to the Order to Show Cause on December 5, 2016 [10]. The Court has reviewed the plaintiff's response and deems it insufficient. Therefore, the Court orders the matter dismissed for lack of prosecution without prejudice

**IT IS SO ORDERED.**

Dated: January 10, 2017

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE